Case No. 12-8429-JMH

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

NOV - 6 2012

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. M-12-2370-M D.C. |
| Gustavo Adolfo ENAMORADO-Dubon | ) | |
| YOB: 1990 Citizenship: Honduras | ) | |
| | ) | |
| *Defendant(s)* | | |

NOV - 8 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 14, 2012__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 | being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Alamo, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States; |

This criminal complaint is based on these facts:
On September 14, 2012, near the city of Alamo, Texas, the United States Border Patrol apprehended Gustavo Adolfo ENAMORADO-Dubon, a citizen and national of Honduras. ENAMORADO-Dubon freely admitted to having entered the United States illegally by rafting the Rio Grande River from the United Mexican States.

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

Approved to file:
[signature] V. Hesson
AUSA
11-6-2012

_____
Complainant's signature

Tomas Mora, HSI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 11/6/2012

_____
Judge's signature

City and state: McAllen, Texas

U.S. Magistrate Judge Guillermo R. Garcia
Printed name and title

## ATTACHMENT "A"

ENAMORADO-Dubon was subsequently transferred to the custody of Enforcement and Removal Operations where he is currently awaiting removal to Honduras.

Records checks conducted on ENAMORADO-Dubon revealed that he had been previously ordered removed by an Immigration Judge on April 4, 2012 and subsequently removed to his country of citizenship, Honduras, on June 14, 2012 via the New Orleans, Louisiana airport. Prior to deportation/exclusion ENAMORADO-Dubon was instructed not to return to the U.S. without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## COPY
for the

Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Gustavo Adolfo ENAMORADO-Dubon | ) | Case No. M-12-2370-M |
| YOB: 1990  Citizenship: Honduras | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Gustavo Adolfo ENAMORADO-Dubon,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Alamo, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

Date: 11/06/2012

_Issuing officer's signature_

City and state: McAllen, Texas

Guillermo R. Garcia, U.S. Magistrate Judge
_Printed name and title_

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_Arresting officer's signature_

_Printed name and title_

