


# United States District Court
## Southern District of Florida

FILED by _____ D.C.
NOV 0 8 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES OF AMERICA
    Plaintiff
    - vs
Gustavo Enamorado-Dubon
    Defendant

CASE NUMBER: CR: 12-8429 JMH

REPORT COMMENCING CRIMINAL ACTION

01080-104
USMS NUMBER

---

TO: CLERK'S OFFICE      MIAMI      FT. LAUDERDALE      (W. PALM BEACH)
U.S. DISTRICT COURT                 (CIRCLE ONE)

NOTE: CIRCLE APPRPRIAT LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

---

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE     N/A.

(1) DATE AND TIME OF ARREST: 11/7/12   1600       A M ____ (PM)

(2) LANGUAGE SPOKEN: Spanish

(3) OFFENSE CHARGED: Title 8 USC 1326 Reentry of prior deport

(4) DATE OF BIRTH:    /1990

(5) TYPE OF CHARGING DOCUMENT:        (CHECK ONE)
    { } INDICTMENT              {✓} COMPLAINT TO BE FILED/ALREADY FILED
    { } BENCH WARRANT FOR FAILURE TO APPEAR
    { } PROBATION VIOLATION WARRANT
    { } PAROLE VIOLATION WARRANT
    ORIGINATING DISTRICT: South Texas

(6) REMARKS: _____

(7) DATE: 11/7/12        (8) ARRESTING OFFICER: Special Agent K. Cisneros

(8) AGENCY: U.S. Immigration & Customs Enforcement  (10) PHONE: 561-835-3311

(11) COMMENTS: _____