CLOSED,INTERPRETER

# U.S. District Court
## Southern District of Florida (West Palm Beach)
## CRIMINAL DOCKET FOR CASE #: 9:12−mj−08429−JMH−1
*Internal Use Only*

| | |
|---|---|
| Case title: USA v. Enamorado−Dubon | Date Filed: 11/08/2012 |
| Other court case number: M−12−2370−M SOUTHERN DISTRICT OF TEXAS | Date Terminated: 11/26/2012 |

Assigned to: Magistrate Judge James M. Hopkins

**Defendant (1)**

**Gustavo Adolfo Enamorado−Dubon**
Prisoner ID: 01080−104
*Language: Spanish; YOB: 1990*
*TERMINATED: 11/26/2012*

represented by **Noticing FPD−WPB**
Email: wpb_ecf@fd.org
*TERMINATED: 11/09/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender Appointment*

**Peter Vincent Birch**
Federal Public Defender's Office
450 Australian Avenue
Suite 500
West Palm Beach, FL 33401
561−833−6288
Email: Peter_Birch@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

**Complaints**                                      **Disposition**

8:1326A.F


**Plaintiff**

**USA**                              represented by   **Carolyn Bell**
                                                     United States Attorney's Office
                                                     500 South Australian Avenue
                                                     Suite 400
                                                     West Palm Beach, FL 33401
                                                     561–820–8711X3042
                                                     Fax: 659–4526
                                                     Email: Carolyn.Bell@usdoj.gov
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 11/07/2012 | | | Arrest of Gustavo Adolfo Enamorado–Dubon (kza) (Entered: 11/08/2012) |
| 11/08/2012 | 1 | 4 | Magistrate Removal of Complaint from Southern District of Texas Case number in the other District M–12–2370–M as to Gustavo Adolfo Enamorado–Dubon (1). (tmn) (Entered: 11/08/2012) |
| 11/08/2012 | 2 | 8 | Minute Entry for proceedings held before Magistrate Judge James M. Hopkins: Initial Appearance as to Gustavo Adolfo Enamorado–Dubon held on 11/8/2012, Detention Hearing as to Gustavo Adolfo Enamorado–Dubon held on 11/8/2012, ( Arraignment set for 11/26/2012 10:00 AM in West Palm Beach Division before WPB Duty Magistrate., Preliminary Examination set for 11/26/2012 10:00 AM in West Palm Beach Division before WPB Duty Magistrate., Removal Hearing set for 11/26/2012 10:00 AM in West Palm Beach Division before WPB Duty Magistrate.). Court orders the defendant detained. Written order to follow. Spanish Interpreter present. (Digital 10:10:54.) (tmn) (Entered: 11/08/2012) |
| 11/08/2012 | 3 | 9 | Order on Initial Appearance as to Gustavo Adolfo Enamorado–Dubon for proceeding held on 11/8/2012 Attorney Noticing FPD–WPB for Gustavo Adolfo Enamorado–Dubon added for the defendant. Signed by Magistrate Judge James M. Hopkins on 11/8/2012. (tmn) (Entered: 11/08/2012) |
| 11/08/2012 | 4 | 11 | Report Commencing Criminal Action as to Gustavo Adolfo Enamorado–Dubon – YOB: **/**/1990 Prisoner #: 01080–104 (kza) (Entered: 11/08/2012) |
| 11/09/2012 | 5 | 12 | Notice of Assignment of Assistant Federal Public Defender as to Gustavo Adolfo Enamorado–Dubon. Attorney Peter Vincent Birch added. Attorney Noticing FPD–WPB terminated. (Birch, Peter) (Entered: 11/09/2012) |
| 11/26/2012 | 6 | 15 | Minute Entry for proceedings held before Magistrate Judge Dave Lee Brannon: Status Conference regarding Removal Hearing as to Gustavo Adolfo Enamorado–Dubon held on 11/26/2012. Defendant waives removal. Spanish Interpreter present. (Digital 10:25:33.) (sa) (Entered: 11/26/2012) |

| 11/26/2012 | 7 | 16 | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Gustavo Adolfo Enamorado−Dubon (sa) (Entered: 11/26/2012) |
|---|---|---|---|
| 11/26/2012 | 8 | 17 | WARRANT OF REMOVAL ISSUED to S/D of Texas as to Gustavo Adolfo Enamorado−Dubon. Signed by Magistrate Judge Dave Lee Brannon on 11/26/2012. (sa) (Entered: 11/26/2012) |

Case No. 12-8429-JMH

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

NOV - 6 2012

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. M-12-2370-M D.C. |
| Gustavo Adolfo ENAMORADO-Dubon YOB: 1990 Citizenship: Honduras | ) ) ) | |
| *Defendant(s)* | ) | |

NOV - 8 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 14, 2012__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 | being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Alamo, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States; |

This criminal complaint is based on these facts:
On September 14, 2012, near the city of Alamo, Texas, the United States Border Patrol apprehended Gustavo Adolfo ENAMORADO-Dubon, a citizen and national of Honduras. ENAMORADO-Dubon freely admitted to having entered the United States illegally by rafting the Rio Grande River from the United Mexican States.

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

Approved to file:
[signature] Vittecon
AUSA
11-6-2012

*Complainant's signature*

Tomas Mora, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/6/2012

[signature]
*Judge's signature*

City and state: McAllen, Texas

U.S. Magistrate Judge Guillermo R. Garcia
*Printed name and title*

4

## ATTACHMENT "A"

ENAMORADO-Dubon was subsequently transferred to the custody of Enforcement and Removal Operations where he is currently awaiting removal to Honduras.

Records checks conducted on ENAMORADO-Dubon revealed that he had been previously ordered removed by an Immigration Judge on April 4, 2012 and subsequently removed to his country of citizenship, Honduras, on June 14, 2012 via the New Orleans, Louisiana airport. Prior to deportation/exclusion ENAMORADO-Dubon was instructed not to return to the U.S. without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### COPY
for the

Southern District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br>Gustavo Adolfo ENAMORADO-Dubon<br>YOB: 1990   Citizenship: Honduras<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. M-12-2370-M |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Gustavo Adolfo ENAMORADO-Dubon
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Alamo, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

Date: 11/06/2012                                                   _____
                                                                                    *Issuing officer's signature*

City and state:   McAllen, Texas                       Guillermo R. Garcia, U.S. Magistrate Judge
                                                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____.<br><br>Date: _____                                        _____<br>                                                                                            *Arresting officer's signature*<br><br>                                                                                            _____<br>                                                                                            *Printed name and title* |

6



# CRIMINAL COURT MINUTES
## U.S. Magistrate Judge JAMES M. HOPKINS

Courtroom Number # 3, 4TH FLOOR   Date: 11/8/12   Time: 10:00 A.M.

Defendant: Gustavo Adolfo Enamorado-Dubon (J)   J#: _____   Case #: 12-8429-JMH
AUSA: CAROLYN BELL   Attorney: FPD Robert Adler
Violation: REMOVAL TO S/D OF TEXAS   Agent: _____
Proceeding: Initial Hearing on Removal & Detention Hearing   CJA Appt: _____
Bond/PTD Held: ● Yes  ○ No   Recommended Bond: PTD (REQUESTED BY GOVT.)
Bond Set at: PTD (JMH)   Co-signed by: _____

- [ ] All standard conditions
- [ ] Surrender and/or do not obtain passport/travel docs
- [ ] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services and/or treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ p.m. to ___ a.m., paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to: _____
- [ ] Other: _____

Language: SPANISH

Disposition:
DEFENDANT PRESENT/SWORN
DEFENDANT ADIVSED OF CHARGES AND
RIGHTS. DEFENDANT QUESTIONED
REGARDING APPOINTMENT OF COUNSEL
& FOUND TO BE INDIGENT – FPD
APPOINTED
COURT TAKES JUDICIAL NOTICE OF THE
CRIMINAL COMPLAINT & PTS REPORT
NO ARGUMENT FROM DEFENSE
COURT ORDERS THE DEFENDANT
DETAINED
WRITTEN ORDER TO FOLLOW

FILED by ___ D.C.
NOV - 8 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:
Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: 11/26/12   10AM   DUTY   WPB
Status Conference RE: _____
D.A.R. 10:10:54   Time in Court: 6 MINS

Courtroom Deputy: Tanya McClendon

8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-8429-JMH

UNITED STATES OF AMERICA

    Plaintiff,

v.

GUSTAVO ADOLFO ENAMORADO-DUBON,
    Defendant.
_____/

```
FILED by _____ D.C.

   NOV - 8 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.
```

ORDER ON INITIAL APPEARANCE

AUSA __Carolyn Bell_____ Language ____Spanish_____
Agent_____ Prisoner No. _____

    The above-named defendant having been **arrested** on ___11/7/12___ having appeared before the court for initial appearance **on** _____11/8/12_____and proceedings having been held in accordance with **Fed.R.Cr.P.  r. 5 or 40(a)**, it is thereupon
    **ORDERED** as follows:

1. _____ appeared as permanent   counsel of record.
    Address:_____
    Zip Code: _____ Telephone:_____
2. __**FEDERAL PUBLIC DEFENDER**_____ appointed as permanent counsel of record.
    Address: _____
    Zip Code: _____ Telephone: ___561-833-6288_____
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 a.m. on _____, 2012.

4. **PRELIM/ARRAIGNMENT & REMOVAL**___ hearing is set for **10AM,  11/26**_____ 2012.

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f)
   because _____.
   A **Detention Hearing,** pursuant to 18 U.S.C. Section 3142(f), is set for **HELD/DETAINED**___ 2012.

6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:

_____

    This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

9

___a. Surrender all passports and travel document to the Pretrial Services Office; .
___b. Report to Pretrial Services as follows:_____times a week by phone, _____time a week in person; other: _____
_c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
___d. Maintain or actively seek full time gainful employment/education.
___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____
_ I. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
___j. Comply with the following additional special conditions of this bond:
_____

This bond was set: At Arrest _____
                   On Warrant _____
                   After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at <u>West Palm Beach, Florida</u> this <u>8th</u> day of <u>November</u>, 2012.

_____
JAMES M. HOPKINS
**UNITED STATES MAGISTRATE JUDGE**

c: Assistant U.S. Attorney
   Defense Counsel
   Pretrial Services/Probation

10

 

# United States District Court
## Southern District of Florida

FILED by _____ D.C.

NOV 08 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES OF AMERICA
    Plaintiff

CASE NUMBER: CR: 12-8429 SMH

- vs

REPORT COMMENCING CRIMINAL ACTION

Gustavo Enamorado-Dubon
    Defendant

01080-104
USMS NUMBER

---

TO: CLERK'S OFFICE    MIAMI    FT. LAUDERDALE    (W. PALM BEACH)
U.S. DISTRICT COURT      (CIRCLE ONE)

NOTE: CIRCLE APPRPRIAT LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

---

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE N/A.

(1) **DATE AND TIME OF ARREST:** 11/7/12   1600    A M _____ (PM)

(2) **LANGUAGE SPOKEN:** Spanish

(3) **OFFENSE CHARGED:** Title 8 USC 1326 Reentry of prior deport

(4) **DATE OF BIRTH:** /1990

(5) **TYPE OF CHARGING DOCUMENT:** (CHECK ONE)
     { } INDICTMENT      {✓} COMPLAINT TO BE FILED/ALREADY FILED
     { } BENCH WARRANT FOR FAILURE TO APPEAR
     { } PROBATION VIOLATION WARRANT
     { } PAROLE VIOLATION WARRANT
     **ORIGINATING DISTRICT:** South Texas

(6) **REMARKS:** _____

(7) **DATE:** 11/7/12    (8) **ARRESTING OFFICER:** Special Agent K. Cisneros

(8) **AGENCY:** U.S. Immigration & Customs Enforcement   (10) **PHONE:** 561-835-3311

(11) **COMMENTS:** _____

11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-8429-JMH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GUSTAVO ADOLFO ENAMORADO-DUBON,

    Defendant.

_____/

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.

Please send all notices and inquiries to this attorney at the address listed below.

    Respectfully submitted,

    MICHAEL CARUSO
    FEDERAL PUBLIC DEFENDER


    s/ Peter Birch
    Peter Birch
    Assistant Federal Public Defender
    Attorney for the Defendant
    Florida Bar No. 304281
    450 South Australian Avenue, Suite 500
    West Palm Beach, Florida 33401
    (561) 833-6288 - Telephone
    (561) 833-0368 - Fax
    *Peter_Birch@FD.org*

## CERTIFICATE OF SERVICE

I HEREBY certify that on **November 9, 2012**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Peter Birch
Peter Birch

## SERVICE LIST

### UNITED STATES OF AMERICA v. GUSTAVO ADOLFO ENAMORADO-DUBON
### CASE NO. 12-8429-JMH

Carolyn Bell
Assistant United States Attorney
500 South Australian Avenue
Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Fax: (561) 659-4526
Email: Carolyn.Bell@usdoj.gov

3

14

# CRIMINAL COURT MINUTES
## U.S. Magistrate Judge DAVE LEE BRANNON

NOV 26 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Courtroom Number # 2　　　Date: 11/26/2012　　　Time: 10:00 A.M.

Defendant: GUSTAVO ADOLFO ENAMORADO-DUBON　　J#: 01080-104　　Case #: 12-8429-JMH

AUSA: CAROLYN BELL / Robert Waters　　Attorney: FEDERAL PUBLIC DEFENDER / Peter Birch

Violation: REMOVAL TO S/D OF TEXAS　　Agent:

Proceeding: REMOVAL HEARING　　CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No　　Recommended Bond:

Bond Set at: PRETRIAL DETENTION (JMH)　　Co-signed by:

☐ All standard conditions
☐ Surrender and/or do not obtain passport/travel docs
☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
☐ Random urine testing by Pretrial Services and/or treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ___ p.m. to ___ a.m., paid by ___
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to:
☐ Other:

Language: SPANISH - Ana Ugarte

Disposition: Re: Removal hld. Deft. present with counsel & waives removal. Waiver & Removal of Removal sign.

NEXT COURT APPEARANCE　Date:　Time:　Judge:　Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:25:33　　Time in Court: 8 mins

Courtroom Deputy: Sandra Acevedo

15

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
| --- | --- |
| v. | ) Case No. 12-8429-JMH |
| GUSTAVO ADOLFO ENAMORADO-DUBON | ) |
| | ) Charging District's Case No. M-12-2370-M |
| Defendant | ) |

FILED by _____ D.C.

NOV 26 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Southern District of Texas

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☑ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 11/26/12

*Gustavo Enamorado*
*Defendant's signature*

*[signature]*
*Signature of defendant's attorney*

Peter Birch
*Printed name of defendant's attorney*

16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-8429-JMH

UNITED STATES OF AMERICA

Plaintiff,

vs

GUSTAVO ADOLFO ENAMORADO-DUBON

Defendant(s),

FILED by ___ D.C.
NOV 26 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**WARRANT OF REMOVAL**

A(n) __X__ Complaint
_____ Indictment
_____ Information
_____ Probation Violation Warrant
_____ Bench Warrant

having been filed in the __SOUTHERN__ District of __TEXAS__ charging the above named defendant with __8:1326__, and the defendant having

_____ Surrendered

__X__ Been Arrested

in the Southern District of Florida, having had an initial appearance before the Court and having:

__X__ Waived Further Hearing

_____ Been given a hearing in accordance with Fed.R.Crim.P. 40.

and having not posted the bail or having been detained as set by the Court, the defendant is hereby committed to the custody of the United States Marshal for removal to the District where the charge is pending and delivery to the United States Marshal for that District or his lawfully authorized representative.

DONE AND ORDERED at West Palm Beach, Florida this 26th day of __November__, 2012.

DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

c: United States Marshal (Original & 1 Certified Copy)
Defense Counsel
United States Attorney
United States Pretrial Services